IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GARY MARK PEARSON                                                                                   PLAINTIFF

     v.                                            CIVIL NO. 11-3085

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                  DEFENDANT

## **O R D E R**

     Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*.  ECF Nos. 1, 2.  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 21st day of September 2011:

     Plaintiff's motion for leave to proceed *in forma pauperis* is granted.  The court directs that a copy of the complaint, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs.  Defendant is ordered to answer within sixty (60) days from the date of service.

     IT IS SO ORDERED.

                                                        /S/ *J. Marschewski*
                                                        HON. JAMES R. MARSCHEWSKI
                                                        CHIEF U.S. MAGISTRATE JUDGE